# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA



RAY LACUESTA JACINTO

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

NELSON & KENNARD and ROBERT SCOTT KENNARD

C07 04401

TO:

Nelson & Kennard
c/o Donald Gordon Nelson, General Partner
2180 Harvard Street, Suite 160
Sacramento, California 95815-3314

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113-2403

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                    8-27-07
_____                            _____
CLERK                                                 DATE

*Sandy Morris*
(BY) DEPUTY CLERK
Sandy Morris

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403 | (408) 294-6100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>none | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:

Jacinto

DEFENDANT:

Nelson & Kennard, et al.

**PROOF OF SERVICE**

| DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07-04401-RS |
|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, Complaint, ADR Package

2. Party Served: Nelson & Kennard, a General Partnership

3. Person Served: Donald Gordon - Person authorized to accept service of process

   a. Left with: Ronnie Spencer, Receptionist- Person in Charge of Office

4. Date & Time of Delivery: September 5, 2007    12:00 pm

5. Address, City and State: 2180 Harvard Street Suite 160
   Sacramento, CA 95815

6. Manner of Service: By leaving the copies with or in the presence of Ronnie Spencer, Receptionist, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

BY FAX

66.75

Registered California process server.
County: SACRAMENTO
Registration No.:2006-06
Expiration: February 13, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on September 7, 2007 at Oakland, California.

Signature: _____

Tyler Dimaria

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403 | (408) 294-6100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>none | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:

Jacinto

DEFENDANT:

Nelson & Kennard, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07-04401-RS |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On September 7, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Summons, Complaint, ADR Package

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

Nelson & Kennard, a General Partnership
Donald Gordon
2180 Harvard Street, Suite 160
Sacramento, CA 95815

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

66.75

Lee Major
One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on September 7, 2007 at Oakland,

Lee Major

FF# 6647394

# ONE LEGAL, INC.
## CONFIRMATION For Service of Process



Date: 9/7/2007

| | |
|---|---|
| **ONE LEGAL, INC. CONFIRMATION FOR ORDER NO:** 6647394 | |
| Customer CONSUMER LAW CENTER | Attorney Fred W Schwinn |
| Customer No. 0055054 | Attorney e-mail fred.schwinn@sjconsumerlaw.com |
| Address 12 S 1ST ST STE 1014 SAN JOSE, CA 95113-2403 | Contact Fred W Schwinn |
| | Contact e-mail fred.schwinn@sjconsumerlaw.com |
| | Contact Phone (408) 294-6100 Ext 111 |
| | Contact Fax (408) 294-6190 |
| | Law Firm File Number none |

**Case Information:**
Case Number C07-04401-RS
County SANTA CLARA
Court Northern District of California
Case Short Title Jacinto vs. Nelson & Kennard, et al.

**Documents Received:**   No. Docs: 3   No. Pgs: 51

Summons, Complaint, ADR Package

Party to Serve: Nelson & Kennard, a General Partnership
Service address: 2180 Harvard Street Suite 160

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 44.00 |
| | Declaration of Diligence | 10.00 |
| | Copies | 12.75 |
| | Check No. | Total: 66.75 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Northern Branch, Ph: 510-835-3100, Fx: 510-873-0984
Thank you for choosing One Legal for your process serving needs.