1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   RAY LACUESTA JACINTO
6

7

8  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9  **SAN JOSE DIVISION**

10 RAY LACUESTA JACINTO,                          Case No. C07-04401-RS

11                      Plaintiff,
                                                  **NOTICE OF VOLUNTARY**
12 v.                                             **DISMISSAL WITH PREJUDICE**

13 NELSON & KENNARD, a general
   partnership, and ROBERT SCOTT
14 KENNARD, individually and in his official
   capacity,
15
                       Defendants.
16

17       COMES NOW the Plaintiff, RAY LACUESTA JACINTO, by and through counsel, Fred W.

18 Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully

19 notify this Court that Plaintiff, RAY LACUESTA JACINTO, hereby dismiss, with prejudice, all

20 claims made by him against Defendants, NELSON & KENNARD and ROBERT SCOTT

21 KENNARD, in his Complaint filed herein on August 27, 2007. Plaintiff further notifies the Court

22 that his dispute with Defendants has been settled.

23

24                                          CONSUMER LAW CENTER, INC.

25                                          By: /s/ Fred W. Schwinn
                                                Fred W. Schwinn, Esq.
26                                              Attorney for Plaintiff
                                                RAY LACUESTA JACINTO
27

28